MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: John E. Gura, Jr.,
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel.: (212) 637-2712
john.gura@usdoj.gov

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
LEOLA SINGLETON,                      :
                                      :    STIPULATION AND
                    Plaintiff,        :    ORDER OF DISMISSAL
                                      :
              -v-                     :    07 Civ. 3293 (JCF)
                                      :
MICHAEL J. ASTRUE,                    :
Commissioner of                       :
Social Security,                      :
                                      :
                    Defendant.        :
                                      :
- - - - - - - - - - - - - - - - - - - x

     IT IS HEREBY STIPULATED AND AGREED by the attorneys for the parties that this action is voluntary dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

Procedure with prejudice and without fees or costs.

Dated: New York, New York
       March 20, 2008

                                      _____
                                      ERNEST L. HARRIS, ESQ.
                                      Attorney for Plaintiff
                                      405 Robinson Avenue
                                      Newburgh, New York 12550
                                      Telephone No. (845) 565-0999


                                      MICHAEL J. GARCIA
                                      United States Attorney for the
                                      Southern District of New York
                                      Attorney for Defendant


BY: _____
                                      JOHN E. GURA, JR.
                                      Assistant United States Attorney
                                      86 Chambers Street, 3rd Floor
                                      New York, New York 10007
                                      Telephone No. (212) 637-2712
                                      Fax: (212) 637-2750
                                      E-Mail: john.gura@usdoj.gov


SO ORDERED:


_____
UNITED STATES MAGISTRATE JUDGE